ACCEPTED
15-24-00082
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/12/2025 3:03 PM
CHRISTOPHER A. PRINE
CLERK

## LAW OFFICE OF RICHARD GLADDEN

1204 WEST UNIVERSITY DRIVE, SUITE 307
DENTON, TEXAS 76201
940-323-9300 (Voice)
940-539-0093 (Fax)

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/12/2025 3:03:52 PM
CHRISTOPHER A. PRINE
Clerk

February 12, 2025

Christopher A. Prine, Clerk
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, Texas 78701

Re: No. 15-24-00082, *Paris v. State of Texas*, in the Fifteenth Court of Appeals, Austin, Texas.

Dear Mr. Prine,

I would appreciate it if you would deliver this letter to the Honorable Presiding Justice and Associate Justices of the Fifteenth Court of Appeals.

This morning, after observing the oral argument heard by the Fifteenth Court of Appeals in *State of Texas v. Harris County*, No. 15-24-00120-CV (oral argument heard Feb. 12, 2025), undersigned Counsel for Appellant Courtenay Paris in the instant case discovered, for the first time, that the Appellees in *State of Texas v. Harris County*, *supra*, have raised during oral argument (and have raised in their brief on appeal) the question of whether the Attorney General of Texas may initiate civil litigation in a state district court without authority that has been expressly delegated by either Article IV, § 22 of the Texas Constitution ("Article IV, § 22"),

or by any statute enacted by the Texas Legislature.[1] This letter is submitted primarily for the purpose of alerting the Court of Appeals to the fact that Appellant Paris, on the present appeal, has previously raised the identical issue.[2] Furthermore, Appellant Paris notes the Court of Appeals' resolution of her issue raised under Article IV, § 22 may render moot the other pending appeals also heard by the Court at oral argument on February 12, 2025, *i.e.*, *State of Texas v. City of Austin*, No. 15-24-00077-CV (Tex. App. – Austin [15th Dist.]); and *State of Texas v. City of San Marcos*, No. 15-24-00084-CV (Tex. App. – Austin [15th Dist.])

On the present appeal all appellate briefing by the opposing parties has concluded, but the Court of Appeals has not yet determined whether Appellant Paris' appeal will be submitted with or without oral argument. In addition to what has been stated above, Appellant Paris again requests her appeal in this case be set for submission with oral argument so that she may address not only her issue arising under Article IV, § 22, as described above, but also the other relatively complex issues she has raised on her appeal.

---

[1] *Brief of Appellee Harris County, et al.*, No. 15-24-00120-CV, pages 16-30 (Tex. App. – Austin [15th Dist.]) (filed Jan. 14, 2025).

[2] *Appellant Paris' Brief*, pages 26-39 (No. 15-24-00082, filed Oct. 21, 2024); *Appellant Paris' Reply Brief*, pages 9-11 (No. 15-24-00082, filed Jan. 9, 2025).

Respectfully submitted,

*/s/Richard Gladden*
State Bar No. 07991330
1204 West University Dr., Ste. 307
Denton, Texas 76201940/323-9300 (Voice)
940/539-0093 (Fax)
richscot1@hotmail.com (email)
*Attorney for Appellant Courtenay Paris*

cc: All counsel of record (via ECF)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Gladden
Bar No. 07991330
richscot1@hotmail.com
Envelope ID: 97303850
Filing Code Description: Letter
Filing Description: Appellant's Letter Brief Concerning Related Case
Status as of 2/12/2025 3:07 PM CST

Associated Case Party: Courtenay Paris

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Gladden | | richscot1@hotmail.com | 2/12/2025 3:03:52 PM | SENT |
| Terri Sparks | | terri.with.gladdenlaw@gmail.com | 2/12/2025 3:03:52 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cory Scanlon | 24104599 | cory.scanlon@oag.texas.gov | 2/12/2025 3:03:52 PM | SENT |

Associated Case Party: City of Elgin, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Gabrielle Smith | 24093172 | gsmith@lglawfirm.com | 2/12/2025 3:03:52 PM | SENT |